1 | REBECCA EISEN, SBN 096129
PHILIP J. SMITH, SBN 232462
2 | MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
3 | San Francisco, California 94105-1126
Tel: 415.442.1000
4 | Fax: 415.442.1001
e-mail: reisen@morganlewis.com,
5 |         philip.smith@morganlewis.com

6 | JOHN S. BATTENFELD, SBN 119513
MORGAN, LEWIS & BOCKIUS LLP
7 | 300 South Grand Avenue, Suite 2200
Los Angeles, California 90071-3132
8 | Tel: 213.612.2500
Fax: 213.612.2501
9 | e-mail: jbattenfeld@morganlewis.com

10 | Attorneys for Defendants
SUNAMERICA SECURITIES, INC., and AIG
11 | FINANCIAL ADVISORS, INC.

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HAVEL, on behalf of himself and all others similarly situated, and on behalf of the General Public, | Case No. C 06-04543 PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | Judge: Hon Phyllis J. Hamilton |
| SUNAMERICA SECURITIES, INC., AIG FINANCIAL ADVISORS, INC., and DOES 1 TO 10, inclusive, | |
| Defendants. | |

///

///

///

///

## STIPULATION

WHEREAS, the initial case management conference in this matter has been scheduled for October 26, 2006, pursuant to Judge Hamilton's July 26, 2006 Order Setting Initial Case Management Conference and ADR Deadlines;

WHEREAS, Civil Local Rule 16-10(a) requires lead trial counsel for each party to attend the initial case management conference;

WHEREAS, both Rebecca Eisen and John Battenfeld, lead trial counsel for Defendants SunAmerica Securities, Inc., and AIG Financial Advisors, Inc., and Eric Grover, lead trial counsel for Plaintiff Derek Havel, will be unable to attend the initial case management conference as scheduled;

WHEREAS, Local Rule 16-2 permits parties to seek relief from the Court's case management schedule by stipulating to change the date of any case management conference;

THEREFORE, Plaintiff Derek Havel and Defendants SunAmerica Securities, Inc., and AIG Financial Advisors, Inc., (collectively, the "Parties") through their counsel of record, hereby STIPULATE to reschedule the Initial Case Management Conference, currently set for October 26, 2006, to November 16, 2006;

THEREFORE, the Parties further STIPULATE that October 19, 2006 will be the last day to meet and confer (pursuant to Rule 26(f) and Judge Hamilton's Order Requiring Joint Case Management Conference and Setting Case Management Conference) and to file their ADR Certifications with either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference;

///

///

1  THEREFORE, the Parties further STIPULATE that November 2, 2006 will be the last day
2  to complete their initial disclosures or state objections in their Rule 26(f) Report, as well as the
3  last day to file their Case Management Statement and Rule 26(f) Report.

4  IT IS SO STIPULATED.

5
6
7  Dated: October 10, 2006            KELLER GROVER LLP
                                      ERIC A. GROVER
8                                     VALERIE L. SHARPE
                                      JADE BUTMAN
9                                     ELIZABETH A. ACEVEDO

10                                    By  /s/ E. A. Grover
                                          Eric A. Grover
11                                        Attorneys for Plaintiff,
                                          DEREK HAVEL
12

13                                    MORGAN, LEWIS & BOCKIUS LLP
14 Dated: October 7, 2006             REBECCA EISEN
                                      JOHN S. BATTENFELD
15                                    PHILIP J. SMITH

16                                    By  /s/ Philip J. Smith
                                          Philip J. Smith
17                                        Attorneys for Defendants SUNAMERICA
                                          SECURITIES, INC., AND AIG FINANCIAL
18                                        ADVISORS, INC.

19
                                      **ORDER**
20

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  Dated: ___10/18___, 2006    By: /s/ PJH
23                                  Hon. Phyllis J. Hamilton
                                    U.S. District Court Judge
24
25
26
27
28
1-SF/7421345.1                           3                     Case No. C 06-04543 PJH
STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT
                              CONFERENCE