UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK HAVEL,

    Plaintiff,

    v.

SUNAMERICA SECURITIES, INC., et al.,

    Defendants.
_____/

No. C 06-4543 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of defendants' motion to compel discovery, the parties' request for an order shortening time to hear defendants' motion, and any further discovery disputes.

The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: March 6, 2007

                                                  _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Wings, Assigned M/J, counsel of record