UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HAVEL, ) | |
| ) Plaintiff(s), ) | No. C06-4543 PJH (BZ) |
| ) v. ) | **SECOND DISCOVERY ORDER** |
| ) SUNAMERICA SECURITIES INC., ) et al., ) | |
| ) Defendant(s). ) | |

A telephonic discovery conference was held on March 15, 2007, to discuss the dispute outlined in defendant's March 12, 2007 letter. All parties were represented by counsel. For the reasons articulated during the conference, **IT IS HEREBY ORDERED** that the plaintiff produce the hard drive of his personal computer for inspection by an expert in accordance with the guidelines discussed during the conference.

Dated: March 15, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HAVEL\DISC.2.ORDER.wpd

1