Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel.  415.442.1000
Fax: 415.442.1001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Philip J. Smith**
Associate
415.442.1373
philip.smith@morganlewis.com

May 29, 2007

Honorable Judge Phyllis J. Hamilton
United States District Court, Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:  Havel v. SunAmerica Securities, Inc. et al. (Case No. C-06-4543 PJH)

Dear Judge Hamilton:

I am writing to respectfully request that Defendants SunAmerica Securities, Inc. ("SAS") and AIG Financial Advisors, Inc. ("AIGFA") (collectively "Defendants") be permitted to withdraw their motion for summary judgment, or in the alternative, summary adjudication ("Motion") without prejudice.  The hearing on Defendants' Motion is presently scheduled for tomorrow, Wednesday May 30, 2007 at 9:00 a.m.

The parties, however, have orally agreed to settle this matter and are now in the process of finalizing and executing a written settlement agreement.  Although we fully expect the parties to execute a written settlement agreement shortly, we respectfully request that Your Honor permit Defendants to withdraw their Motion without prejudice so that Defendants may re-calendar their Motion should settlement fail.

Sincerely,

*Philip J. Smith*      5/29/07

Philip J. Smith
PJS/PJS



IT IS SO ORDERED
Judge Phyllis J. Hamilton

San Francisco   Philadelphia   Washington   New York   Los Angeles   Miami   Pittsburgh   Princeton   Chicago
Palo Alto   Dallas   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Beijing   Tokyo