REBECCA EISEN, SBN 096129
THERESA MAK, SBN 211435
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
Tel:  415.442.1000
Fax: 415.442.1001
e-mail: reisen@morganlewis.com,
         philip.smith@morganlewis.com

JOHN S. BATTENFELD, SBN 119513
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Suite 2200
Los Angeles, California 90071-3132
Tel: 213.612.2500
Fax:  213.612.2501
e-mail: jbattenfeld@morganlewis.com

Attorneys for Defendants
SUNAMERICA SECURITIES, INC., and AIG
FINANCIAL ADVISORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HAVEL, on behalf of himself and all others similarly situated, and on behalf of the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>SUNAMERICA SECURITIES, INC., AIG FINANCIAL ADVISORS, INC., and DOES 1 TO 10, inclusive,<br><br>Defendants. | Case No. C 06-04543 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [P~~ROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED by Plaintiff Derek Havel and Defendants SunAmerica Securities, Inc. and AIG Financial Advisors, Inc., (collectively "the Parties"), through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice with respect to Plaintiff Derek Havel's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  This dismissal is pursuant to a settlement reached by the Parties which resolves any and all claims between them.

IT IS FURTHER STIPULATED that the allegations asserted by Plaintiff Derek Havel on behalf of a putative class be and hereby are dismissed without prejudice. Under Rule 23 of the Federal Rules of Civil Procedure, as amended in 2003, notice to the putative class "is not required when the settlement binds only the individual class representatives." *See Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1)*. This settlement binds only Plaintiff Derek Havel, and does not resolve the claims, issues or defenses of a certified or putative class. Except as set forth in the Settlement Agreement between the parties, each party is to bear its own costs and attorneys' fees.

Dated: July 17, 2007

KELLER GROVER LLP
ERIC A. GROVER
VALERIE L. SHARPE
JADE BUTMAN
ELIZABETH A. ACEVEDO

By /s/ Eric A. Grover
    Eric A. Grover
    Attorneys for Plaintiff,
    DEREK HAVEL

Dated: July 17, 2007

MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN
JOHN S. BATTENFELD
THERESA MAK

By /s/ Rebecca Eisen
    Rebecca Eisen
    Attorneys for Defendants SUNAMERICA
    SECURITIES, INC., AND AIG FINANCIAL
    ADVISORS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July __23__, 2007

The Honorable Phyllis J. Hamilton
United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7559879.1

2

Case No. C-06-04543 PJH
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER